UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MNGH, LLC D/B/A U-OWN                                                         PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 3:16CV647 DPJ-FKB

MEGA MATTRESS & FURNITURE OUTLET, LLC;
CHRISTOPHER BUTLER; JAY SAMANDER AND
JOHN/JANE DOES 1-5                                                           DEFENDANTS

MOTION FOR TIME TO PERFECT SERVICE

As provided in Federal Rule of Civil Procedure 4, Plaintiff MNGH, LLC moves the Court for an Order extending time for service of process on Defendant Christopher Butler until June 18, 2017. The ground for this motion are as follows:

The Complaint was originally filed in this Court on August 22, 2016.

Defendants Mega Mattress and Jay Samander were both served October 3, 2016.

Defendant Christopher Butler has been the subject of an investigation unrelated to this matter.  Though he remains incarcerated, his present whereabouts are unknown.  Through an investigator, Counsel learned of Butler's appearance in Court but the District Attorney would not allow the server to serve Mr. Butler.

Counsel continues his attempts to serve Butler but believes additional time may be necessary. The current deadline for service in this matter is March 20, 2017. Plaintiff requests an additional ninety (90) days within which to locate and perfect service on defendants.

1

Wherefore premises considered, Plaintiff respectfully moves this Court to extend the deadline for an additional ninety (90) days or until the 18th of June 2017 to insure that service is perfected on Defendant Christopher Butler.

Respectfully submitted this 16th of March 2017,

    Plaintiff, MNGH, LLC


    *s/ Brandon Jones*
    By:  Brandon Jones

Brandon Jones, MS Bar No. 101911
Baria-Jones, PLLC
308 East Pearl Street, Suite 302
Jackson, MS 39201
Ph. (601) 948-6016; Fx. (601) 948-0306
Email:  bjones@barialaw.com

David Baria, MS Bar No. 8646
Baria-Jones, PLLC
153 Main Street
Bay St. Louis, MS  39576
Ph: (228) 270-0001; Fx. (601) 948-0306
Email: dbaria@barialaw.com

CERTIFICATE OF SERVICE

I certify that I have this day caused to be served via the Electronic Court Filing System a copy of the above and foregoing Motion for Time to Perfect Service which forwarded notice of such filing to all known counsel of record.

So certified, this 16th day of March 2017.

_____s/ Brandon Jones_____
Brandon Jones